CHAPTER 13 BANKRUPTCY TRUSTEE
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:

JAMES MISQADIS QUINTUA

DEBTOR(S)                                                    CASE NO: 09-21274

NOTICE OF FILING

Notice is hereby given that the Trustee has mailed the attached Initial Letter to the Debtor(s) on the date indicated below.

CERTIFICATE OF SERVICE

I hereby certify that this Notice of Filing was served upon the Debtor(s) by mail to the address(es) indicated below, and to counsel for the debtor(s) via ECF, on Fri May 29, 2009         .

                                        /s/Beverly M. Burden
                                        Beverly M. Burden, Trustee
                                        PO Box 2204
                                        Lexington  KY  40588-2204
                                        (859) 233-1527

EDMONDSON, ALEXANDER
EDMONDSON & ASSOCIATES
28 WEST FIFTH STREET
COVINGTON   KY 41011

JAMES MISQADIS QUINTUA
9081 BRAXTON DRIVE
UNION KY 41091

**CHAPTER 13 BANKRUPTCY TRUSTEE**
**EASTERN DISTRICT OF KENTUCKY**
**(859) 233-1527**
**E-MAIL:   questions@ch13edky.com**

**IMPORTANT!**                                                              **PLEASE READ!**

JAMES MISQADIS QUINTUA                                        CASE NO : 09-21274
9081 BRAXTON DRIVE
UNION KY 41091

**\*\*PAYMENTS\*\***

1. Monthly payments to the Trustee are:   **$200.00**   .
   (If blank or "0", contact your attorney immediately or
   refer to your Chapter 13 Plan.)

2. Your first full monthly payment is due on or before **Fri Jun 26, 2009**.

3. Mail your personal check, money order, or cashier's check (NOT cash) to:

   **Chapter 13 Trustee, EDKY**
   **PO Box 1766**
   **Memphis   TN   38101-1766**

4. Write your **CASE NUMBER AND YOUR NAME** on every check, money order or
   cashier's check and on any correspondence.

5. We cannot accept any form of payment in our office or at any hearing.

6. If you want your Chapter 13 plan payments  taken directly from your pay-
   check by **PAYROLL DEDUCTION,** contact us with the exact name and address
   of your Employer.  Payroll deductions should begin within 3-4 weeks.
   You must make your plan payment directly to the trustee until it comes
   out of your paycheck.

7. If you want your plan payment taken from your bank account by AUTOMATIC
   BANK DRAFT, you will receive the necessary forms at your Meeting of
   Creditors.  You must make your plan payment directly to the trustee
   until the bank draft is set up.

8. **The Trustee is not allowed to excuse you from making plan payments or**
   **give you permission to make a late payment, no matter what the reason**
   **is.  If an emergency will cause you to miss a payment, contact your**
   **attorney, not the Trustee's office.**

9. If two checks or bank drafts are returned for any reason (such as NSF),
   you will  be required to make plan payments by cashier's check or money
   order.

10. If at any time while you are in Chapter 13 you miss a total of two times
    your monthly payment amount, the Trustee must file a motion to dismiss
    your case.  Contact your attorney if you receive a Motion to Dismiss.

## **OTHER IMPORTANT INFORMATION**

1. **Call your attorney now to find out if you are supposed to make direct payments to any creditors (sometimes called payments "outside the plan.")** If so, you must make those payments on time, and they are in addition to your chapter 13 plan payment. Usually you must make your home mortgage payment directly to the mortgage company. Call your attorney if the mortgage company does not accept your payment.

2. **Bring a photo ID and proof of your social security number** to your first court hearing (the Meeting of Creditors). Call your attorney if you have questions about this.

3. You can **access your account information** at www.13datacenter.com. We will also mail a Case Summary to you in January of each year. Review this information carefully. It will show you: (A) payments we have received from you; (B) claims filed by creditors in your case; and (C) payments we have made to those creditors. If you disagree with anything, contact your attorney.

4. **Do not sell, give away, or get rid of any of your property** or possessions while in bankruptcy without first getting approval from the Bankruptcy Court. Contact your attorney regarding this matter.

5. **Do not buy anything on credit, borrow any money, or refinance an existing loan** (including your mortgage) without the permission of the Bankruptcy Court. Contact your attorney regarding this matter.

6. You are permitted to make extra plan payments to **pay off your chapter 13 case** early if you wish. However, certain lump sum payments must be paid to the trustee in addition to regular plan payments and cannot be used for an early payoff. **Contact your attorney if you receive money from a lawsuit (or settlement before a lawsuit is filed), sale of property, inheritance, or lottery winnings.**

7. **If you move,** make sure you give your new address to the trustee's office, your attorney, and the Bankruptcy Court.

   Call your attorney with any questions about your Chapter 13 case. The Trustee's Office cannot give you legal advice.