# UNITED STATES BANKRUPTCY COURT
**Eastern District of Kentucky**
**Covington Division**

In Re: James Misqadis Quintua

    9081 Braxton Drive
    Union, KY 41091

aka/dba:

Debtor(s)

Case Number: 09−21274−wsh

Chapter: 13

Trustee: Beverly M. Burden
PO Box 2204
Lexington, KY 40588
(859) 233−1527

## CHAPTER 13 ORDER TO DEBTOR

The debtor shall send the following documents to the trustee, whose name and address appear above, within 15 days from the date of filing of the petition. The debtor's name and case number must be identified on each document or in a cover letter affixed to the documents:

1. A copy of all deeds or contracts under which the debtor holds title to or any interest in real estate (copies may be obtained from the office of the county court clerk of the county in which the real estate is located);

2. A copy of all recorded mortgages, liens, or encumbrances on all real estate in which the debtor holds an interest (copies may be obtained from the office of the county court clerk of the county in which the real estate is located);

3. A copy of all Certificates of Title on which the debtor's name appears as owner individually or jointly of any motor vehicles, mobile homes, trailers, boats, motor homes, campers, motorcycles, or all−terrain vehicles (do not send originals)(if original titles have been lost, duplicates must be obtained from the office of the county court clerk of the county in which the vehicles are registered);

4. A copy of the debtor's last state and federal income tax returns (do not send originals);

5. A copy of paycheck stubs or equivalent documents issued by the debtor's employer showing gross earnings and all deductions for the 60 days before the filing of the case.

The debtor is restrained and enjoined from selling, transferring, abandoning, releasing to creditors, or in any way disposing of property until further orders of the court.

Failure to timely comply with this order will result in the filing of a motion to dismiss the within case.

Counsel for the debtor is responsible for seeing that the debtor complies with this order.

DATED: 6/1/09

                                              By the court −

                                              William S. Howard
                                              U.S. Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0643-2          User: lisam              Page 1 of 1           Date Rcvd: Jun 01, 2009
Case: 09-21274                Form ID: od13            Total Served: 1

The following entities were served by first class mail on Jun 03, 2009.
db           +James Misqadis Quintua,   9081 Braxton Drive,   Union, KY 41091-7625

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 03, 2009**                    **Signature:**    *Joseph Speetjens*