## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMES MISQADIS QUINTUA | § | CASE NO. 09-21274-WSH |
| | § | CHAPTER 13 |
| | § | |
| | § | JUDGE WILLIAM S. HOWARD |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that NATIONAL BANKRUPTCY SERVICES.COM LLC has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Capital One Auto Finance**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
NATIONAL BANKRUPTCY SERVICES.COM LLC

/s/ Hilary B. Bonial
_____

Hilary B. Bonial

F# 7901-N-8107
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Capital One Auto Finance

## CERTIFICATE OF SERVICE

I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before June 4, 2009:

**Debtors' Attorney**
Alexander F Edmondson
Attorney At Law
28 W 5th St
Covington, KY  41011-1453

**Chapter 13 Trustee**
Beverly M. Burden
Post Office Box 2204/100 East Vine St, Suite 500
Lexington, Kentucky 40588-2204

**U.S. Trustee**


/s/ Hilary B. Bonial

Hilary B. Bonial


7901-N-8107
noaelect