UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:  JAMES MISQADIS QUINTUA      CASE NO.09-21274WSH

      DEBTOR      CHAPTER 13

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June 2009, a true and exact copy of the **Payment Advices** for Mr. Quintua, has been served on the parties listed below, by U.S. Mail, postage prepaid or via electronic filing:

**Trustee**
Beverly M. Burden
P.O. Box 2204
Lexington, KY 40588
dsmith@ch13edky.com
Pamela@ch13edky.com

**U.S. Trustee**
Office of U.S. Trustee
Attn: Income Dept.
100 East Vine St. #500
Lexington, KY 40507
Christopher.J.Dupont@usdoj.gov

EDMONDSON & ASSOCIATES
Local Counsel for Debtor
28 West Fifth Street
Covington, KY 41011
(859) 491-5551

/s/ Alexander F. Edmondson
ALEXANDER F. EDMONDSON