```
                    UNITED STATES BANKRUPTCY COURT
                              FOR THE
                     EASTERN DISTRICT OF KENTUCKY
                          COVINGTON DIVISION

IN RE:                                CHAPTER 13
    James Misqadis Quintua            BANKRUPTCY NO. 09-21274-WSH
    Aka: James M. Quintua
    Debtor
```

## APPEARANCE

\* \* \* \* \* \*

Comes now Jessica L. Newman of MAPOTHER & MAPOTHER, P.S.C., and enters an appearance on behalf of the Creditor herein, HSBC Mortgage Services, Inc., and requests that all notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be sent to counsel at the address set forth below.

```
                    MAPOTHER & MAPOTHER, P.S.C.

                BY:   /s/ Jessica L. Newman
                      Jessica L. Newman
                      Counsel for Creditor
                      MAPOTHER & MAPOTHER, P.S.C.
                      300 East Main Street, Ste 340
                      Lexington, KY  40507
                      (502)587-5400
```

Y3C ()/09-17174-0

**CERTIFICATE**

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court: debtor's attorney, Alexander F. Edmondson, Attorney at Law, 28 West Fifth Street, Covington, KY  41011-1453, debtor, James Misqadis Quintua Aka: James M. Quintua, 9081 Braxton Drive, Union, Kentucky  41091, and to the Trustee, Beverly M. Burden, P.O. Box 2204, Lexington, KY 40588-2204.

        MAPOTHER & MAPOTHER, P.S.C.

BY:  /s/ Jessica L. Newman
     Jessica L. Newman
     Counsel for Creditor

Y3C ()/09-17174-0