UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:   JAMES MISQADIS QUINTUA   CASE NO.  09-21274 WSH

DEBTOR   CHAPTER 13

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 9th day of September 2009, a true and exact copy of the **Amended Chapter 13 Plan** entered herein on September 9, 2009 has been served on the parties listed below, by either U.S. Mail, postage prepaid, or via electronic filing:

**Trustee**  Beverly M. Burden, **Notices@Ch13EDKY.com**, **downloads@ch13edky.com**

**U.S. Trustee**   Office of U.S. Trustee, **ustpregion08.lx.ecf@usdoj.gov**

**All Creditors as they appear on the Matrix.**

 

EDMONDSON & ASSOCIATES
Local Counsel for Debtor
28 West Fifth Street
Covington, KY 41011
(859) 491-5551

/s/ Alexander F. Edmondson
ALEXANDER F. EDMONDSON