```
                  UNITED STATES BANKRUPTCY COURT
                   EASTERN DISTRICT OF KENTUCKY
                        COVINGTON DIVISION
```

IN RE:

JAMES MISQADIS QUINTUA

DEBTOR(S)                                    CASE NO. 09-21274


### CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the Order Confirming was served electronically or by mail on September 16, 2009 to the persons and addresses indicated.


/s/Beverly M. Burden
_____
Beverly M. Burden
Chapter 13 Trustee
P.O. Box 2204
Lexington  KY  40588-2204
(859) 233-1527

Copies to be Served on:

```
JAMES MISQADIS QUINTUA              EDMONDSON, ALEXANDER
9081 BRAXTON DRIVE                  EDMONDSON & ASSOCIATES
                                    28 WEST FIFTH STREET
UNION KY 41091                       COVINGTON    KY 41011


MAPOTHER & MAPOTHER
300 E MAIN ST
SUITE 340
LEXINGTON KY 40507


HSBC MORTGAGE SERVICES
P O BOX 21188

EAGAN       MN 55121-4201


GE MONEY BANK
% RECOVERY MGMT SYSTEMS CORP
25 SE 2ND AVE    STE 1120
MIAMI      FL 33131
```

```
CAPITAL ONE AUTO FINANCE
P O BOX 829009

DALLAS      TX 75382-9009
```