**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

| | | | |
|---|---|---|---|
| **IN RE:** | **JAMES MISQADIS QUINTUA** | : | **CASE NO. 09-21274** |
| | | : | |
| | **DEBTOR** | : | **CHAPTER 13** |
| | | : | |

---

**THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE
CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-
21CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-21CB
MOTION FOR RELIEF FROM STAY AND FOR ABANDONMENT**

---

Now comes **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-21CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-21CB**, a secured creditor in the above-captioned case, and requests this Court for an order terminating the stay and for abandonment to permit Creditor to recover and dispose of the real estate as follows:  9081 Braxton Drive, Union, Kentucky 41091.  As more fully set forth herein, Debtor has not made the required regular payments with respect to the mortgage on said property.

Respectfully submitted,

FESSLER, SCHNEIDER & GRIMME

/S/ JOSEPH F. GRIMME

_____

JOSEPH F. GRIMME (KY 88050)
14 North Grand Avenue
Fort Thomas, Kentucky 41075
Phone (859) 291-9075
Facsimile (859) 291-9165

## MEMORANDUM

1.      Jurisdiction over this matter is vested in this Court by virtue of 28 U.S.C. Section 1334(b) and the general order of reference previously entered in this district.

2.      This is a core proceeding under 28 U.S.C. Section 157(b)(2)(G).

3.      Creditor holds a mortgage on real estate owned by Debtor and described as follows: 9081 Braxton Drive, Union, Kentucky 41091.   Copies of the note and mortgage are attached hereto and made a part hereof.

4.       James Misqadis Quintua filed a Chapter 13 Petition in Bankruptcy on May 27, 2009 and continues in possession of the real estate.

5.      The current balance on the Creditor's loan is $143,026.00.   The last payment made satisfied the May 2009 payment and Debtor is currently due for June 2009.   The payments missed are as follows:   June 2009 ($1,157.42), July 2009 ($1,152.16) and August 2009 through September 2009 ($1,282.33 each).

6.      Debtor continues to use the property while failing to make payments to the Creditor for the use and depreciation of this property.   As a result, Creditor has been denied adequate protection for its collateral and is entitled to relief from stay pursuant to 11 U.S.C. Section 362(d)(1).

7.      The Creditor further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement.  The Creditor requests that it may contact the Debtor via telephone or written correspondence to offer such an agreement.  Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

For the foregoing reasons, Creditor requests that it be granted a termination of the stay and abandonment to recover and dispose of the collateral due to the Debtor having no equity in the property and the property is not necessary to an effective reorganization.

Respectfully submitted,

FESSLER, SCHNEIDER & GRIMME

/S/ JOSEPH F. GRIMME

_____

JOSEPH F. GRIMME (KY 88050)
14 North Grand Avenue
Fort Thomas, Kentucky 41075
Phone (859) 291-9075
Facsimile (859) 291-9165

## NOTICE AND OPPORTUINTY FOR HEARING

Please take notice that unless a party in interest, within fifteen (15) days from the date of this motion, files a response to the motion and a request for and notice of hearing on such response, the enclosed order will be tendered to the Court and may be entered without a hearing on the motion.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing motion for relief from stay has been sent via U.S. Mail or via electronic mail this 1st day of October 2009 to the following:

James Misqadis Quintua
9081 Braxton Drive
Union, Kentucky 41091

Alexander F. Edmondson, Esq.
28 W 5th Street
Covington, Kentucky 41011
859-491-5551

Beverly M. Burden, Esq.
P.O. Box 2204
Lexington, Kentucky 40588
859-233-1527

/S/ JOSEPH F. GRIMME
_____

JOSEPH F. GRIMME (#88050)