# ASSIGNMENT OF MORTGAGE

For value received, Mortgage Electronic Registration Systems, Inc. and Countrywide Mortgage Ventures, LLC do hereby transfer and assign to **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-21CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-21CB**, 7105 Corporate Drive, Plano, Texas 75024 its successors and assigns forever, all its right title and interest in and to that certain Mortgage, and the Note thereby secured, made and executed by James M. Quintua and Ruthann F. Quintua, and dated March 25, 2005 and duly recorded in the office of the Boone County Clerk's records in Book 2926, Page 140.

**In witness whereof**, Mortgage Electronic Registration Systems, Inc. and Countrywide Mortgage Ventures, LLC have caused this instrument to be duly executed and delivered by its duly authorized officer on this the _____ day of SEP 1 1 2009 , 2009.

Mortgage Electronic Registration Systems, Inc. and Countrywide Mortgage Ventures, LLC

By: _____

Print Name:
Title:  Renee Hertzler, Vice President

STATE OF    TEXAS        )
            COLLIN       ) SS
COUNTY OF _____)

Subscribed, sworn to and acknowledged before me, a notary public, by RENEE HERTZLER, of Mortgage Electronic Registration Systems, Inc. and Countrywide Mortgage Ventures, LLC, on this the _____ day of SEP 1 1 2009 , 2009.

Azfar Siddiqui
Notary Public
STATE OF TEXAS
My Comm. Exp. Nov. 16, 2010

NOTARY PUBLIC
My commissioner expires: NOV 1 6 2010

This instrument prepared by:
Joseph F. Grimme, Esq.
FESSLER, SCHNEIDER & GRIMME, LLP
14 North Grand Avenue
Fort Thomas, Kentucky 41075
859-291-9075