IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:     JAMES MISQADIS QUINTUA          :     CASE NO. 09-21274

                                           :
           DEBTOR                                CHAPTER 13
                                           :

_____

ORDER GRANTING MOTION FOR RELIEF FROM STAY
AND FOR ABANDONMENT
_____

This cause came before the Court on **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-21CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-21CB** Motion for Relief from Stay and Abandonment and the Court being duly and sufficiently advised.

**IT IS HEREBY ORDERED AND ADJUDGED**, that the Motion for Relief from Stay and Abandonment is hereby granted so as to allow the Creditor, **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-21CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-21CB**, to commence its foreclosure proceedings as to 9081 Braxton Drive, Union, Kentucky 41091.

**IT IS FURTHER ORDERED AND ADJUDGED**, that the Creditor and/or its successors and assigns may, at its option, offer, provide and enter into a potential

forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Creditor may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

*Prepared by:*

*Joseph F. Grimme, Esq.*
*14 North Grand Avenue*
*Fort Thomas, Kentucky 41075*
*859-291-9075*

CERTIFICATION:

Pursuant to Local Rule 9022-1(c), Joseph F. Grimme shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

James Misqadis Quintua
9081 Braxton Drive
Union, Kentucky 41091

Alexander F. Edmondson, Esq.
28 W 5th Street
Covington, Kentucky 41011
859-491-5551

Beverly M. Burden, Esq.
P.O. Box 2204
Lexington, Kentucky 40588
859-233-1527

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*William S. Howard*
**Bankruptcy Judge**
**Dated: Wednesday, October 21, 2009**
**(wsh)**