UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:  JAMES MISQADIS QUINTUA                CASE NO. 09-21274TNW

         DEBTOR                                CHAPTER 13

---

**MOTION TO MODIFY THE DEBTORS' CONFIRMED CHAPTER 13 PLAN OF REORGANIZATION**

---

NOW INTO COURT comes, James Misqadis Quintua, Debtor in the above titled and numbered case, and whom respectfully represent:

1. On May 27, 2009, Debtor filed a voluntary petition for relief under Title 11, Chapter 13 under the Bankruptcy Code.

2. This Court has jurisdiction over the matters presented herein, which are core in nature, pursuant to 28 U.S.C. §157(b)(2)(A), 28 U.S.C. §1334, and 111 U.S.C. §1329.

3. On September 15, 2009, this Court confirmed Debtor's plan of reorganization.  Under the terms of the plan, as originally confirmed, Debtor proposed to make $200 for the first 5 months then $805 per month to the Trustee for the remaining 55 months, for a plan total of 60 months.

4. As of May 12, 2010 Debtor's Plan is in month 12 with 48 months remaining.  Debtor is current with payments to the Trustee.

5. Debtor requires a modification of the Plan to increase the total plan payments in the amount of $3,800 to pay all unsecured Proof of Claims filed at 100%. Payments are increased $160 per month for the last 24 months of the 5 year plan.

6. Debtor has filed an Amended Plan to reflect the increase in payments.

WHEREFORE, James Misqadis Quintua, Debtor in the above captioned proceedings, pray that after notice, the expiration of all legal delays, and hearing, that this Motion to Modify Plan be granted and the Debtors' plan be modified to address all Proof of Claims filed since the Plan filed on September 9, 2009 was confirmed. Furthermore, Debtors wish for any and all other general and equitable relief that may be available to them.

EDMONDSON & ASSOCIATES
28 West Fifth Street
Covington, KY 41011-1453
(859) 491-5551

_/a/ Alexander F. Edmondson_
ALEXANDER F. EDMONDSON

## NOTICE

**PLEASE TAKE NOTICE** that parties in interest shall have 21 days from the date of this Motion to Modify the Confirmed Chapter 13 Plan, filed by Debtors herein, within which to file a response to the motion and a request and notice of hearing on such response. If no response is timely filed, the order may be entered by the court without a hearing on the motion.

## CERTIFICATION

I hereby certify that on this 12th day of May, 2010, a true and exact copy of the foregoing pleading has been served by U.S. Mail, postage prepaid, or via electronic filing upon: Office of US Trustee; Beverly M. Burden; and to all creditors as listed on the matrix.

_/a/ Alexander F. Edmondson_
ALEXANDER F. EDMONDSON