UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:   JAMES MISQADIS QUINTUA     CASE NO. 09-21274TNW

DEBTOR                              CHAPTER 13

### CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May 2010, a true and exact copy of the **Amended Chapter 13 Plan** entered herein on May 12, 2010 has been served on the parties listed below, by either U.S. Mail, postage prepaid, or via electronic filing:

**Trustee**  Beverly M. Burden, **Notices@Ch13EDKY.com**, **downloads@ch13edky.com**

**U.S. Trustee**   Office of U.S. Trustee, ustpregion08.lx.ecf@usdoj.gov

**All Creditors as they appear on the Matrix.**

EDMONDSON & ASSOCIATES
Local Counsel for Debtor
28 West Fifth Street
Covington, KY 41011
(859) 491-5551

/s/ Alexander F. Edmondson
ALEXANDER F. EDMONDSON