UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:   JAMES MISQADIS QUINTUA                    CASE NO. 09-21274TNW

     DEBTOR                                                                CHAPTER 13

### ORDER MODIFYING THE DEBTOR'S CONFIRMED CHAPTER 13 PLAN

The Debtor having filed herein his motion to Modify the Confirmed Chapter 13 Plan, and no opposition to said motion having been filed, and with good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Confirmed Chapter 13 Plan shall be Modified to reflect the Amended Chapter 13 Plan filed on May 12, 2010.

Pursuant to Local Rule 9022-1(C), Alexander F. Edmondson shall cause a copy of this Order to be served on each of the parties designated to receive this Order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

Copies sent to:
US Trustee
Beverly M. Burden, Trustee
All parties on the mailing matrix in this case

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Monday, June 07, 2010
(tnw)**