UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:    JAMES MISQADIS QUINTUA               CASE NO.  09-21274 TNW


          DEBTOR                                CHAPTER 13

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June 2010, a true and exact copy of the **Order to Modify the Confirmed Chapter 13 Plan** entered herein on June 7, 2010 has been served on the parties listed below, by either U.S. Mail, postage prepaid, or via electronic filing:

**Trustee**  Beverly M. Burden, **Notices@Ch13EDKY.com**, **downloads@ch13edky.com**

**U.S. Trustee**   Office of U.S. Trustee, **ustpregion08.lx.ecf@usdoj.gov**

**All Creditors as they appear on the Matrix.**


                                    EDMONDSON & ASSOCIATES
                                    Local Counsel for Debtor
                                    28 West Fifth Street
                                    Covington, KY 41011
                                    (859) 491-5551

                                    /s/ Alexander F. Edmondson
                                    ALEXANDER F. EDMONDSON