**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:   JAMES MISQADIS QUINTUA                                          XXX-XX-5367
         1996 ARBOR SPRINGS BLVD
         UNION, KY  41091-9313

                                                                Case Number:  09-21274

### NOTICE OF ALLOWANCE OF CLAIMS

The Chapter 13 Trustee gives notice to the creditors listed below, debtor, and debtor's counsel, of the allowance of claims as follows.  To the extent the allowance of claims contradicts the treatment of any claim in the confirmed plan, this Notice shall constitute a modification of the plan pursuant to 11 U.S.C. 1329.  Any objection must be filed within 30 days from the date of this Notice, served on the trustee, and set for hearing.

At this time the trustee estimates that general unsecured creditors will receive 100.00% of the amount of their allowed claims.

**Schedule of Claims**

| ID  | Creditor Name | Claim Amount | Claimed Amount |
|-----|---------------|--------------|----------------|
| 2   | CAPITAL ONE AUTO FINANCE<br>P O BOX 829009<br>DALLAS, TX  75382-9009 | $0.00<br>Relief Granted | VEHICLE CLAIM<br>Interest Rate:  0.00<br>Acct No:  0406<br>8-1 04 TOYOTA |
| 7   | CAPITAL ONE AUTO FINANCE<br>P O BOX 821209<br>DALLAS, TX  75382-1209 | $6,531.50 | UNSECURED<br>Interest Rate:  0.00<br>Acct No:  0406<br>8-1 |
| 999 | CAPITAL ONE AUTO FINANCE<br>P O BOX 829009<br>DALLAS, TX  75382-9009 | $0.00<br>Outside Chapter 13 | NOTICE ONLY<br>Interest Rate:  0.00<br>Acct No: |
| 1   | DISCOVER BANK<br>DISCOVER FINANCIAL SVCS<br>P O BOX 3025<br>NEW ALBANY, OH  43054-3025 | $6,559.09 | UNSECURED<br>Interest Rate:  0.00<br>Acct No:  8579<br>1-1 |
| 8   | eCAST SETTLEMENT CORP<br>P O BOX 35480<br>NEWARK, NJ  07193-5480 | $4,379.99 | UNSECURED<br>Interest Rate:  0.00<br>Acct No:  6363<br>6-1 CHASE BANK |
| 9   | eCAST SETTLEMENT CORP<br>P O BOX 35480<br>NEWARK, NJ  07193-5480 | $12,605.12 | UNSECURED<br>Interest Rate:  0.00<br>Acct No:  9966<br>2-1 |

**Schedule of Claims**

| ID | Creditor Name | Claim Amount | Claimed Amount | |
|---|---|---|---|---|
| 17 | eCAST SETTLEMENT CORP<br>P O BOX 35480<br>NEWARK, NJ  07193-5480 | $10,527.88 | UNSECURED<br>Interest Rate:<br>Acct No:   0555<br>7-1 CHASE BANK | 0.00 |
| 0 | EDMONDSON, ALEXANDER<br>EDMONDSON & ASSOCIATES<br>28 WEST FIFTH STREET<br>COVINGTON, KY  41011 | $0.00 | ATTORNEY FEE<br>Interest Rate:<br>Acct No: | 0.00 |
| 998 | GE MONEY BANK<br>% RECOVERY MGMT SYSTEMS CORP<br>25 SE 2ND AVE   STE 1120<br>MIAMI, FL  33131 | $0.00<br>Outside Chapter 13 | NOTICE ONLY<br>Interest Rate:<br>Acct No: | 0.00 |
| 4 | HSBC MORTGAGE SERVICES<br>636 GRAND REGENCY BLVD<br>BRANDON, FL  33510 | $0.00<br>Relief Granted | MORTGAGE<br>Interest Rate:<br>Acct No:   7988<br>4-1 REAL ESTATE | 0.00 |
| 104 | HSBC MORTGAGE SERVICES<br>636 GRAND REGENCY BLVD<br>BRANDON, FL  33510 | $0.00<br>Relief Granted | PRE-PETITION ARREARAGE<br>Interest Rate:<br>Acct No:   7988<br>4-1 REAL ESTATE | 0.00 |
| 997 | HSBC MORTGAGE SERVICES<br>P O BOX 21188<br>EAGAN, MN  55121-4201 | $0.00<br>Outside Chapter 13 | NOTICE ONLY<br>Interest Rate:<br>Acct No: | 0.00 |
| 996 | MAPOTHER & MAPOTHER<br>300 E MAIN ST<br>SUITE 340<br>LEXINGTON, KY  40507 | $0.00<br>Outside Chapter 13 | NOTICE ONLY<br>Interest Rate:<br>Acct No: | 0.00 |
| 3 | MORTGAGE ELECTRONIC REGIS SYST<br>% COUNTRYWIDE HOME LOANS INC<br>7105 CORPORATE DRIVE<br>PLANO, TX  75024 | $0.00<br>Relief Granted | MORTGAGE<br>Interest Rate:<br>Acct No:   1649<br>3-1 REAL ESTATE | 0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914<br>NORFOLK, VA  23541 | $460.18 | UNSECURED<br>Interest Rate:<br>Acct No:   5-1<br>5-1 | 0.00 |

**Schedule of Claims**

| ID | Creditor Name | Claim Amount | Claimed Amount | |
|---|---|---|---|---|
| 15 | RENTZ MANAGEMENT INC<br>P O BOX 1027<br>COVINGTON, KY  41012 | $410.00 | UNSECURED<br>Interest Rate:<br>Acct No:<br>15-1 | 0.00 |
| 5 | ROUNDUP FUNDING LLC<br>MS 550<br>P O BOX 91121<br>SEATTLE, WA  98111-9221 | $4,956.91 | UNSECURED<br>Interest Rate:<br>Acct No:   3662<br>9-1 | 0.00 |

Date:  June 14, 2010

/s/ BEVERLY BURDEN, TRUSTEE

P O Box 2204
Lexington, KY  40588-2204
(859) 233-1527